# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet, G. | U.S. District Court for the District of Columbia | 8/11/08 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*
Active District Court Judge

**5a. Report Type (check appropriate type)**
___ Nomination, Date _____
___ Initial __XX__ Annual ____ Final

**5b.** ___ Amended Report

**6. Reporting Period**
1/1/07-12/31/07

**7. Chambers or Office Address**
333 Constitution Avenue, N.W. Washington, D.C. 20001

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

**X** | **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

**X** | **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

## A. Filer's Non-Investment Income

☐ **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| 1. | | Pension (D.C. Government) | $ $56,000.00 |
| 2. | | | $ |
| 3. | | | $ |

## B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

**X** | **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. | | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Emmet G. Sullivan | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[ ] NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First American Bank(Wachovia) | Mortgage, investment property in D.C. | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental property income(Washington, D.C.) | E | Rent | O | S | | | | | |
| 2 Janney Montgomery IRA | | | | | | | | | |
| 3 Columbia FDS Class A | A | Div | K | T | | | | | |
| 4 Calamos Growth Fund | A | Div | K | T | Sell | 5/04 | K | A | |
| 5 Federated Equity FDS | A | Div | D | T | Buy | 5/04 | D | | |
| 6 Allianz Funds Multi-Manager | A | Div | E | T | Sell | 5/04 | E | A | |
| 7 First Eagle Fund | A | Div | E | T | Sell | 5/04 | D | A | |
| 8 Growth Fund America | A | Div | E | T | Sell | 5/04 | D | A | |
| 9 Keeley Small Cap Funds | A | Div | D | T | Buy | 5/04 | D | | |
| 10 T. Rowe Price Growth Stock Fund | A | Div | E | T | Sell | 5/04 | C | A | |
| 11 T. Rowe Price Equity | A | Div | D | T | Buy | 5/04 | D | | |
| 12 Thornburg Invt Tr | A | Div | K | T | Buy | 5/04 | E | | |
| 13 Harbor Internatl FD | A | Div | F | T | | | | | |
| 14 JP Morgan Trust I | A | Div | D | T | Buy | 5/07 | D | | |
| 15 Artisan Funds | A | Div | D | T | Buy | 5/07 | D | | |
| 16 Royce Fed. Ret. | A | Div | E | T | | | | | |
| 17 Sentinel Group FDS | A | Div | D | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Janney Montgomery IRA | | | | | | | | | |
| 19 Columbia FDS, Class A | A | Div | J | T | | | | | |
| 20 Calamos Growth Fund A | A | Div | J | T | | | | | |
| 21 First Eagle Fund | A | Div | J | T | | | | | |
| 22 Pimco Funds | A | Div | J | T | Sell | 1/26/07 | J | A | |
| 23 Thornburg Value Fund A | A | Div | J | T | | | | | |
| 24 Allianz Orr. Ren. A | A | Div | J | T | | | | | |
| 25 Janney Montgomery Fund | | | | | | | | | |
| 26 Allianz Funds Multi Manager(X) | A | Div | D | T | | | | | |
| 27 Capital Income BLDR Fund, Class A(X) | A | Div | K | T | | | | | |
| 28 Columbia FDS, Class A(X) | A | Div | E | T | | | | | |
| 29 Henderson Global FDS(X) | A | Div | D | T | | | | | |
| 30 Ivy Funds Inc(X) | A | Div | D | T | | | | | |
| 31 Keeley Funds Inc(X) | A | Div | D | T | | | | | |
| 32 Kinetics Mutual Funds(X) | A | Div | D | T | | | | | |
| 33 NFJ Div Int and Strategy Fund(X) | A | Div | E | T | | | | | |
| 34 Rowe T Price Intl FDS(X) | A | Div | D | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Thornburg Invt Tr Cl A(X) | A | Div | E | T | | | | | |
| 36 D.C. Hsg Fin Agy Mun Bond(X) | A | Int | D | T | | | | | |
| 37 GMAC Smartnotes Bond(X) | A | Int. | D | T | | | | | |
| 38 Franklin Income Fund CLA(X) | A | Div | E | T | | | | | |
| 39 Janney Advantage Insured Sweep(X) | A | Div | D | T | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Emmet G. Sullivan | 8/11/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. Investments and Trusts

Line Item 1. Rental Property Income (Washington, D.C.) - the assessed value is $770,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employ█████████████████████████████reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. sec███████████████████████████

Sig███████████████████████

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544